IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANK KWANING | : CIVIL ACTION |
| v. | : |
| | : NO. 15-6021 |
| COMMUNITY EDUCATION CENTERS, INC. | : |

## ORDER

**AND NOW,** this 11th day of December 2015, upon consideration of Defendant's Motion to Dismiss the Complaint (ECF Doc. No. 5), Plaintiff's Opposition (ECF Doc. No. 6) and for the reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 5) is **GRANTED** as Plaintiff cannot state a claim for which relief may be granted.

Plaintiff is granted leave to file an amended complaint consistent with the accompanying Memorandum and Fed.R.Civ.P. 11 on or before **December 22, 2015** or the case shall be marked closed.

_____
KEARNEY, J.